## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

The Cherokee Nation

                         Plaintiff,

v.                                          Case No.: 1:17−cv−08889
                                              Honorable Samuel Der−Yeghiayan

Koch Foods, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2017:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Pursuant to notice of voluntary dismissal [4], this case is dismissed without prejudice. Civil case terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.